IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00574-RAH |
| | ) |
| UNITED STATES JUSTICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On October 17, 2025, the Magistrate Judge recommended (*see* doc. 10) that this case be dismissed for failure to exhaust administrative remedies or otherwise properly plead a FOIA claim. To date, no objection or response by Plaintiff has been filed. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 10) is **ADOPTED**;
2. This case is **DISMISSED**; and,
3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 15th day of December 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE